JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| IVAN GANT, | ) | Case No. CV 20-8353-PSG (JPR) |
| | ) | |
| Petitioner, | ) | |
| | ) | **J U D G M E N T** |
| v. | ) | |
| | ) | |
| RAYMOND MADDEN, Warden, | ) | |
| | ) | |
| Respondent. | ) | |

Pursuant to the Order Denying Motion for Extension of Time and Administratively Closing Matter,

IT IS HEREBY ADJUDGED that this action is dismissed.

DATED: September 21, 2020

PHILIP S. GUTIERREZ
CHIEF U.S. DISTRICT JUDGE